## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

___

RODNEY CASPER,

        Plaintiff,

v.

LINDYS COLLECTION AGENCY,

        Defendants.

Civil No. 10-0803 (JRT/FLN)

**ORDER OF DISMISSAL**

___

Lee Cassie Yates, **KROHN & MOSS, LTD,** 120 West Madison Street, 10th Floor, Chicago, IL 60602, for Plaintiff.

The Court having been advised that the above action has settled,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: May 11, 2010
at Minneapolis, Minnesota.

                                                    s/ John R. Tunheim
                                                    JOHN R. TUNHEIM
                                                    United States District Judge