UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

RODNEY CASPER,            Civil No. 10-0803 (JRT/FLN)

         Plaintiff,

v.                            **ORDER OF DISMISSAL**

LINDYS COLLECTION AGENCY,

         Defendants.
_____

     Lee Cassie Yates, **KROHN & MOSS, LTD,** 120 West Madison Street, 10th Floor, Chicago, IL 60602, for Plaintiff.

The Court having been advised that the above action has settled,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: May 11, 2010
at Minneapolis, Minnesota.                      _____s/ John R. Tunheim_____
                                                           JOHN R. TUNHEIM
                                                  United States District Judge